UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ELISHA RIGGLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:17-cv-00380-WTL-MJD |
| | ) | |
| MATTHEW TUSSEY L.T., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

The United States of America, by counsel, as an Interested Party on behalf of the Defendant Matthew Tussey, hereby files a motion for enlargement of time to answer or otherwise respond to Plaintiff's Complaint for the following reasons:

1) Plaintiff's Complaint was filed on August 7, 2017, and was served on the United States of America on November 15, 2017, making the Defendants' Answer or other responsive pleading due on January 15, 2018.

2) The United States and its officers and agencies are allotted sixty days to respond to a complaint, pursuant to Fed. R. Civ. P. 12(a).

3) The individual Defendant has requested representation from the Department of Justice; however, the request is still being reviewed by the Department of Justice. Accordingly, the undersigned has not yet been authorized to represent the Defendant.

4) The United States files this motion for enlargement of time so that the individual Defendant is not prejudiced by failing to answer or otherwise respond to the Complaint.

5) An additional sixty days is needed to file an answer or other responsive pleading on the basis that the Department of Justice requires time to review the request for representation

and make a representation determination. The undersigned then requires additional time to investigate and properly respond to the allegations in the Complaint.

6) This motion is made in good faith and not for the purpose of delay.

WHEREFORE, the Defendant hereby requests a sixty-day enlargement of time, to and including March 16, 2018, to respond to the Complaint in this cause.

                                        Respectfully submitted,

                                        JOSH J. MINKLER
                                        United States Attorney

By:    *s/ Shelese Woods*
        Shelese Woods
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon the Plaintiff herein by electronically filing and mailing a copy thereof to the following on the 10th day of January, 2018:

Elisha Riggleman
07411-088
Lewisburg - U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

                                                       *s/ Shelese Woods*
                                                      Shelese Woods
                                                      Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204