UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ELISHA RIGGLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:17-cv-00380-WTL-MJD |
| | ) | |
| MATTHEW TUSSEY L.T., | ) | |
| C. ZIPPERLE, A. WIBLE, D. PORTER, | ) | |
| N. MARTIN, A. SCHOEFFEL, and Lt. R. | ) | |
| MOSLEY | ) | |
| | ) | |
| Defendants. | ) | |

# S U M M O N S

TO:

United States Attorney General
Department of Justice
10th and Constitution Avenue, NW
Washington, D.C. 20530

A. WIBLE
FCI TERRE HAUTE
4700 BUREAU ROAD NORTH
TERRE HAUTE, IN 47808

Office of the United States Attorney
10 West Market Street  Suite 2100
Indianapolis, IN 46204-3048

C. ZIPPERLE
FCI TERRE HAUTE
4700 BUREAU ROAD NORTH
TERRE HAUTE, IN 47808

A. SCHOEFFEL
FCI TERRE HAUTE
4700 BUREAU ROAD NORTH
TERRE HAUTE, IN 47808

Lt. R. MOSLEY
FCI TERRE HAUTE
4700 BUREAU ROAD NORTH
TERRE HAUTE, IN 47808

N. MARTIN
FCI TERRE HAUTE
4700 BUREAU ROAD NORTH
TERRE HAUTE, IN 47808

D. PORTER
FCI TERRE HAUTE
4700 BUREAU ROAD NORTH
TERRE HAUTE, IN 47808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Elisha Riggleman, #07411-088, United States Penitentiary, Lewisburg, 2400 Robert F Miller Dr., Lewisburg, PA 17837, an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of

service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*CLERK OF COURT, Laura A. Briggs*

BY: _____
*Deputy Clerk*

1/17/2018
Date