Date 01/18/18

Dear Judge William T. Lawrence,

Re: Case No# 2:17-cv-00380-WTL-MJD
Amended complaint, by January 04, 2018

Dear Judge,

Amended complaint was prose drafted and put in the U.S. mail before January 04, 2018. Please look on the Docket at Terre Haute U.S. District Court to see if it was recieved, and if so please advise ASAP.

The reason I am requesting Notice is because Today I recieved a Appearance Notice from Respondant's Attorney Tussey, along with a Motion for enlargement of time.

I could Not get copies made of the amended complaint due to lack of staff and dead line of 01/04/18. So I ask the court clerk to return to me a copy.
Please if the Amended complaint has been recieved will you request that the clerk does send to me a copy of it. Thank you.

Respectfully Submitted,
Elisha Righton

P.S. Please Notify, yes or No if it was recieved. If it was not, Then my mailed is being tampered with and stolen. Please Notify so I can make a complaint if needed to U.S. Postal Service.