In The Southern district court of Indiana at Terre Haute.

Elisha Riggleman, Plaintiff
V.                                      Case # 2:17-cv-00380-WTL-MJD
Matthew Tursey, LT   defendants
C. Zipperle, Senior officer
A. Wibble, Senior officer
O. Porter, Senior officer
N. Martin, Senior officer
A. Schoeffel, Senior officer
R. Mosley, Lt

Motion To Pro'se submitt evidence That Plaintiff has made attempts To obtain a legal counsel information so That he could obtain counsel.

I Elisha Riggleman has contacted several attorneys (53) to be exact and No reply, and has tried to obtain a list of Attorney's from The legal library here at USP Lewisburg and has not had any Pruitful success. This Petitioner humble Ask/request that this court see fit to appoint counsel to him.   Respectfully Submitted
See Attatched page as Exhibit                  Elisha Riggleman
To show his request to The Law library
at USP Lewisburg.

Cirtificate of Service
I Elisha Riggleman does mail the above to the clerk of above court and request that a copy be distributed to the defendants. Done on This date: 02/27/18   Respectfully Submitted,
                                       Elisha Riggleman

To: Main Law Library At USP Lewisburg,   Date: 02/06/18

From: Elisha Riggleman 07411-088, X004
SMU Unit At USP Lewisburg X Block

## Request

For a list of Attorneys that will take civil case. I've contacted the Lewisburg Prison project about this, and they only take cases within PA state.

My civil case is in the southern district of Indiana. I was told by the judge to use this method of trying to locate an attorney for my case by the means of the law library here at USP Lewisburg, and that you may be able to provide me with such a list of contact addresses of Attys. Please indicate if you have such a list for Atty contacts or not and return this request to me as soon as your time allows you to do so.

Respectfully submitted,
*[signature]*

The library does not maintain a list of any attornies nor is it required to do so.
comp. 2/11/18
C4