In The U.S. District court of southern IN at Terre Haute

Elisha Riggleman, plaintiffs
V.
Matthew Tussey, LT            Case #. 2:17-CV-00380-WTL-MJD
C. Zipperle senior officer,
A. Wible senior officer
D. Porter senior officer
N. Martin senior officer
A. Schoeffel senior officer
R. Mosley, Lt
                    Defendants

Motion for the court to reconize & consider.

I Elisha Riggleman, After reviewing Dockment #60 of I requesting a copy of all ducuments, and recicving All ducuments and reviewing Them. It has come To my attention that There is 'several' of the documents that I've Never seen/recieved before in the past and should of have but has not. At any rate it is a request from This plaintiff That This honorable court and The Atty for the defendants do send corraspondances/replies to This plaintiff with it typed in BOLD letters in the lower left corner of envolope OPEN IN THE PRESENTS OF INMATE ONLY. This way it will be settled that upon receipt of my legal mail, That I Must sign for it in a instututional log book, that will show that I've recieved the legal mail. This will resolve The issue of any lost or stolen mail That has not gotten to me, and will provide proof Too

Page 01 of 02

protect all parties involved. I once before had this problem with the FBOP at USP Terre Haute when complait of this case was first filed. I had problems with incoming and out going mail then.

Respectfully Submitted,
Elisha Riggleman

cirtificate of service
I Elisha Riggleman does here by mail the above to the clerk of the above court. Done on this date of 03/07/18 First class postage.

Respectfully submitted,
Elisha Riggleman