Date 03/06/18

To: The office of the Clerk
of U.S. District court
ATTN: Clerk
105 U.S. courthouse
46 East Ohio Street
Indianapolis, IN 46204

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 MAR 12 PM 3: 06
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

From: Elisha Riggleman 07411-088
USP Lewisburg
P.O. Box-1000
Lewisburg, PA 17837

Re: Notice that I've sent to
U.S. Atty Ms. Shelese M. Woods Notice for request for discovery of what Respondants is using as a defence, in case # 2:17-cv-00380-WTL-MJD. Riggleman V. Tussey

Dear Clerk,
For the record I've made the above request to the U.S. Atty and I've mailed it to her at the address of the following: U.S. Atty's office ATTN: Ms. Shelese M. Woods, 10 West Market St, Suite 2100, Indianapolis, IN 46204 on date of 03/06/18.

Sincerly, Elisha Riggleman

Cirtificate of service
I Elisha Riggleman has mailed the above to the address & clerk of court stated above this letter. Done this date 03/06/18.

Respectfully Submitted,
Elisha Riggleman