**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ELISHA RIGGLEMAN | 2:17-cv-00380-WTL-MJD |
| DEFENDANT | TYPE OF PROCESS |
| MATTHEW TUSSEY L.T., C. ZIPPERLE, A. WIBLE, D. PORTER, N. MARTIN, A. SC | Entry; Summons, Amended Complai |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
N. MARTIN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FCI TERRE HAUTE 4700 BUREAU ROAD NORTH TERRE HAUTE, IN 47808

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Elisha Riggleman, #07411-088
United States Penitentiary, Lewisburg
2400 Robert F Miller Dr.
Lewisburg, PA 17837

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
s/Dena W. Hernandez, Deputy Clerk
TELEPHONE NUMBER: (317) 229-3700
DATE: 01/17/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 8
District of Origin No.: 028
District to Serve No.: 028
Signature of Authorized USMS Deputy or Clerk
Date: 01/23/18

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

FILED
MAR 12 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Date: 3-8-18   Time: 9:06 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0.00 | | | | | |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13