UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ELISHA RIGGLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:17-cv-00380-WTL-MJD |
| | ) | |
| MATTHEW TUSSEY L.T., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

The United States of America, by counsel, as an Interested Party on behalf of the Defendants Matthew Tussey, C. Zipperle, A. Wible, D. Porter, N. Martin, A. Schoeffel, and R. Mosley, hereby files a 52-day motion for enlargement of time for Defendant Tussey to answer or otherwise respond to Plaintiff's Complaint for the following reasons:

1) Plaintiff's original Complaint was filed on August 7, 2017, and served on the Defendant Matthew Tussey on November 30, 2017. The Defendant Tussey obtained an enlargement of time to respond to Plaintiff's Complaint through March 16, 2018. (Docket No. 52.)

2) On January 17, 2018, the Court granted the Plaintiff leave to file an Amended Complaint, which names six additional Defendants. Plaintiff's Amended Complaint was filed on January 17, 2018, and was served on Defendants Schoeffel, Porter, Wible, and Zipperle on March 7, 2018. Defendant Mosley was served on March 8, 2018. Those Defendants' Answers or other responsive pleadings are due on May 7, 2018.

3)    Defendant N. Martin has not been served. The undersigned has been notified by the Bureau of Prisons that he is in active duty military status currently serving overseas. The undersigned has not been authorized to represent Defendant Martin.

4)    The individual Defendants, with the exception of Defendant Martin, have requested representation from the Department of Justice; however, the requests are still being reviewed by the Department of Justice. Accordingly, the undersigned has not yet been authorized to represent the Defendant.

5)    The United States files this motion for enlargement of time so that Defendant Tussey is not prejudiced by failing to answer or otherwise respond to the Complaint by March 16, 2018, and so that the Defendants' deadlines are aligned.

6)    This motion is made in good faith and not for the purpose of delay.

WHEREFORE, the Defendant Tussey hereby requests a fifty-two day enlargement of time, to and including May 7, 2018, to respond to the Amended Complaint in this cause.

                        Respectfully submitted,

                        JOSH J. MINKLER
                        United States Attorney

By:    *s/ Shelese Woods*
      Shelese Woods
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon the Plaintiff herein by electronically filing and mailing a copy thereof to the following on the 15th day of March, 2018:

Elisha Riggleman
07411-088
Lewisburg - U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204