UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ELISHA RIGGLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00380-WTL-MJD |
| | ) | |
| MATTHEW TUSSEY, | ) | |
| C ZIPPERLE, | ) | |
| A WIBLE, | ) | |
| D PORTER, | ) | |
| N MARTIN, | ) | |
| A. SCHOEFFEL, | ) | |
| R MOSLEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Interested Party. | ) | |

**Entry Discussing Pending Motions**

The plaintiff's motion to appoint counsel, Dkt. No. 63, is **denied as premature**. The Seventh Circuit has found that "until the defendants respond to the complaint, the plaintiff's need for assistance of counsel . . . cannot be gauged." *Kadamovas v. Stevens*, 706 F.3d 843, 845 (7th Cir. 2013).

Similarly, the plaintiff's motion to submit evidence, Dkt. No. 64, is **denied as premature.** The plaintiff may renew his motion for assistance with the recruitment of counsel after the defendants' have responded to the complaint. Should he choose to renew the motion then, he should include information regarding his efforts to secure counsel.

The plaintiff's motion requesting copies, Dkt. No. 62, is **denied as moot** because the Court previously sent the plaintiff the copies he requests.

The plaintiff's motion for specific wording on envelopes, Dkt. No. 65, is **denied.** Mail from the Court is mailed in envelopes that are clearly marked as official mail from the Court.

**IT IS SO ORDERED**.

Date: 3/16/18

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

ELISHA RIGGLEMAN
07411-088
LEWISBURG U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEWISBURG, PA 17837


Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov