UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ELISHA RIGGLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:17-cv-00380-WTL-MJD |
| | ) | |
| MATTHEW TUSSEY | ) | |
| | ) | |
| L.T., et al, | ) | |
| Defendant. | | |

## ORDER

The Court, having reviewed the United States' Motion for Enlargement of Time, and

being duly advised, hereby GRANTS the Motion, Dkt. No. 73, and extends the Defendant Tussey's deadline

to file an answer or other responsive pleading to the Plaintiff' s Complaint by fifty-two days,

making such response due on or before May 7, 2018.

**IT IS SO ORDERED** this 16th day of March, 2018.

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Elisha Riggleman
07411-088
Lewisburg - U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837